IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **STEPHEN M. COOK,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : CASE NO. 5:05-cv-250 (CAR) |
| | : |
| **THE CITY OF JACKSON, GA.,** | : |
| a municipal corporation, et al., | : |
| | : |
| **Defendants.** | : |

# J U D G M E N T

The Court by Order dated and filed March 7, 2007, having granted Defendants' Motion for Summary Judgment,

JUDGMENT is hereby entered in favor of Defendants and against Plaintiff.

Defendants are entitled to recover their costs of this action.

This 7th day of March, 2007.

**GREGORY J. LEONARD, CLERK**

**s/ Denise Partee, Deputy Clerk**